IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JUSTIN WRIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>NFN TESTAFAW, *et al.*,<br><br>    Defendants. | 2:25-CV-195-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to dismiss this case for failure to prosecute. Plaintiff was ordered on August 28, 2025, to submit within 30 days an inmate trust certificate in support of his Application to Proceed *In Forma Pauperis*. ECF No. 5. Plaintiff has "neither complied with the Deficiency Order nor otherwise contacted the Court about his case." ECF No. 6 at 1. No objections to the FCR have been filed.

After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the FCR of the Magistrate Judge is correct. ECF No. 6. It is therefore **ORDERED** that the FCR of the Magistrate Judge is **ADOPTED** and this case is hereby **DISMISSED without prejudice**. Accordingly, Plaintiff's pending motion (ECF No. 4) is **DENIED as MOOT**.

SO ORDERED.

November 10, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE